FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 MAR 20 PM 3:43

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JOSHUA MAURER,

      Plaintiff,

vs.

CASE NO.: 6:17-cv-500-oRL-28-GJK

BREVARD LAWN'S, INC., a Florida For
Profit Corporation,

      Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JOSHUA MAURER, by and through the undersigned attorney, sues the Defendant, BREVARD LAWN'S, INC., a Florida Corporation, and alleges:

1. Plaintiff, JOSHUA MAURER, was an employee of Defendant and brings this action for unpaid overtime compensation, liquidated damages, and all other applicable relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiff, JOSHUA MAURER was an hourly paid employee who worked for Defendant within the last three years in Brevard County, Florida.

3. Plaintiff, JOSHUA MAURER, worked for Defendant as a laborer/landscaper and compensated at an hourly rate between $11.00 per hour and $13.00 per hour.

4. Defendant, BREVARD LAWN'S, INC., is a Florida for profit Corporation that operates and conducts business in Brevard County, Florida and is therefore, within the jurisdiction of this Court.

5. Defendant, BREVARD LAWN'S, INC., is a full service lawn care company. Defendant offers lawn maintenance packages that are customized to fit customer needs. Defendant provides landscape, sod, and, paver mulch installation. Defendant also provides fertilizer maintenance. *See*

1

6. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

7. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA.

8. During Plaintiff's employment with Defendant, Defendant, BREVARD LAWN'S, INC., earned more than $500,000.00 per year in gross sales.

9. Defendant, BREVARD LAWN'S, INC., employed approximately ten (10) employees and paid these employees plus earned a profit from their business.

10. During Plaintiff's employment, Defendant, BREVARD LAWN'S, INC., employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce, such as lawn fertilizer, pavers, mulch, sod and other materials used to conduct business.

11. Therefore, at all material times relevant to this action, Defendant, BREVARD LAWN'S, INC., was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

## FLSA Violations

12. At all times relevant to this action, Defendant failed to comply with the FLSA because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for all overtime hours worked.

13. During his employment with Defendant, Plaintiff was not paid time and one-half his regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

14. Based upon these above policies, Defendants have violated the FLSA by failing to pay complete overtime pay.

15. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendants.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

16. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-15 above as though stated fully herein.

17. Plaintiff is/was entitled to be paid time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week.

18. During his employment with Defendants, Plaintiff worked overtime hours but was not paid time and one-half compensation for same.

19. Plaintiff was paid his regular rate for all hours works regardless of how many overtime hours were worked in the workweek.

20. For example, for the one week pay period of September 26, 2015 through October 2, 2015, Plaintiff worked 61.86 hours at a rate of $11.00 per hour for all hours worked. Defendant compensated Plaintiff at total of $680.46 for the week. (61.86 hours x $11.00 = $680.46). *See Exhibit "A"*

21. Another example, for the one week pay period of June 25, 2016 through July 1, 2016, Plaintiff worked 69 hours at a rate of $12.00 per hour for all h ours worked. Defendants compensated Plaintiff a total of $828.00 for the week. (69 hours x $12.00 = $828.00). *See Exhibit "B"*

22. Defendant has failed provide accurate overtime compensation for numerous pay periods. Specifically, Defendant did not compensate Plaintiff any overtime premium for overtime hours worked.

23. Defendant did not have a good faith basis for their decision not to pay Plaintiff full overtime

3

compensation.

24. In addition, Defendant failed to post the required informational listings for the Plaintiff and other employees pursuant to the FLSA.

25. As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

26. As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

27. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, JOSHUA MAURER demands judgment against Defendant for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this ___7___ day of March, 2017

Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:   (407) 420-1414
Facsimile:    (407) 867-4791
Email: mgunter@forthepeople.com
Attorneys for Plaintiff