# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSHUA MAURER,

    Plaintiff,

v.                                              Case No: 6:17-cv-500-Orl-28GJK

BUILDCON, INC.,

    Defendant.

## ORDER

This case is before the Court on the Amended Joint Motion for Approval of Settlement (Doc. 17). The assigned United States Magistrate Judge has submitted a Report and Recommendation (Doc. 18) recommending that the motion be granted. The parties have filed a Joint Notice of Non-Objection (Doc. 19) to the Report.

After review of the record, and noting the Joint Notice of Non-Objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement (Doc. 17) is **GRANTED**.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on June ___, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record